I

**FINANCE & GUARANTY COMPANY, Plaintiff in Error, v. Henry W. OPPENHIMER, Trustee in Bankruptcy for W. A. Lee, Trading as National Motor Company, Bankrupt, Defendant in Error.**

(Circuit Court of Appeals, Fourth Circuit. October 30, 1926.)

No. 2506.

In Error to the District Court of the United States for the Eastern District of Virginia, at Richmond, in Bankruptcy; D. Lawrence Groner, Judge.

S. M. Brandt, of Norfolk, Va., for plaintiff in error.

Joseph M. Hurt, Jr., of Richmond, Va., for defendant in error.

Before WADDILL, ROSE, and PARKER, Circuit Judges.

PER CURIAM. This case has been before us twice. What we had to say about it at its first presentation will be found in 5 F. (2d) 486. When, in pursuance to our mandate, it was again tried below, a jury trial was waived in writing. The learned District Judge was thus made the trier of the facts, and he found that the value of the property converted by the appellant was $4,190.99. There was sufficient evidence to support this conclusion, and its accuracy is not reviewable here.

On the fundamental question as to the relative rights of the trustee and the appellant, the case made at the second trial did not differ from the one upon which we had already passed. None of the exceptional circumstances which sometimes justify a departure from the rule of the law of the case are found here. Affirmed.

━━━━

2

**Thomas FITZGERALD v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. June 30, 1926.)

No. 4288.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

Bryan, Semmes & Brode, of Memphis, Tenn., for plaintiff in error.

S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court reversed, on the authority of Bellomini v. United States, 4 F.(2d) 104, and cause remanded for a new trial.

━━━━

3

**FRANKELITE COMPANY v. William L. KORNFELD, Arthur R. Englander, and Arthur P. Gustafson.**

(Circuit Court of Appeals, Sixth Circuit. November 9, 1926.)

No. 4559.

Appeal from the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Wm. W. Rosenzweig, of Cleveland, Ohio, for appellant.

Hull, Brock, & West, of Cleveland, Ohio, for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

━━━━

4

**Andrew FREIMAN v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. July 9, 1926.)

No. 4650.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Fleming, Baird & Morden, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed pursuant to stipulation of counsel.